UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| JAMES GLEASON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 4:20-cv-0807-SEP |
| | ) | |
| INTERTEK, USA, INC.,[1] | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER OF DISMISSAL

In accordance with the Memorandum and Order entered this date and incorporated herein,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that Plaintiff's Complaint is **DISMISSED.**

Dated this 22nd day of December, 2020.

_Sarah E. Pitlyk_
_____
SARAH E. PITLYK
UNITED STATES DISTRICT JUDGE

---

[1] Plaintiff designated his employer simply as "Intertek" in his Complaint. According to Defendant, Plaintiff's employer was Intertek, USA, Inc. *See* Doc. [5] at 1 n.1.